THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Emmet Ray Nall, Respondent,
 v.
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenville County
 John C. Few, Circuit Court Judge
Memorandum Opinion No.  2007-MO-025
Submitted April 17, 2007  Filed April 23, 2007  

REVERSE

 
 
 
 Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Karen C. Ratigan, all of Columbia, for Petitioner.
 Lawrence W. Crane, of Greenville; and J. Falkner Wilkes, of Craven & Wilkes, of Greenville, for Respondent.
 
 
 

PER CURIAM:  The State seeks a writ of certiorari from an order granting respondents application for post-conviction relief (PCR).  We grant the petition, dispense with further briefing, and reverse the order of the PCR judge.
Respondents prior burglaries, committed at different locations fifteen days apart, were properly construed as separate offenses for which he was subject to a life without parole (LWOP) sentence.  Koon v. State, Op. No. 26295 (S.C. Sup. Ct. filed March 26, 2007); S.C. Code Ann. §§ 17-25-45 and 17-25-50 (2003).  Because the PCR judge erred in finding the prior burglaries constituted one offense under § 17-25-50 and vacating respondents LWOP sentence, the order of the PCR judge is
REVERSED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.